### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| REBECCA A. SANNING, | : | |
| Plaintiff, | : | Case No.  3:07CV088 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

---

### DECISION AND ENTRY

---

The Court has reviewed *de novo* the Report and Recommendations of United

States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case was originally

referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed

thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has

expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.  The Report and Recommendations filed on May 2, 2008 (Doc. #11) is
    ADOPTED in full;

2.  The Commissioner's non-disability finding is VACATED;

3.  No finding is made as to whether Plaintiff Rebecca A. Sanning was under a
    "disability" within the meaning of the Social Security Act;

4.      This case is remanded to the Commissioner and the Administrative Law
        Judge under Sentence Four of 42 U.S.C. §405(g) for further consideration
        consistent with this Report; and

5.      The case is terminated on the docket of this Court.


May 27, 2008                                    *s/THOMAS M. ROSE

                                    _____
                                            Thomas M. Rose
                                     United States District Judge